CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Eastwind Transport Limited
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EASTWIND TRANSPORT LIMITED,

                          Plaintiff,

          v.

SARL STAR FRUITS IMPORT-EXPORT,


                          Defendant.
-------------------------------------------------------------X

07 CV _____ (__)

**ORDER FOR ISSUANCE
OF A PROCESS OF
MARITIME
ATTACHMENT**


Upon reading the Verified Complaint requesting issuance of Process of Maritime

Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto,

and the Court finding that the conditions for an attachment under Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims Admiralty to the Federal

Rules of Civil Procedure appear to exist, it is this day, by the United States District Court

for the Southern District of New York, hereby


          **ORDERED** that the Clerk shall issue a Process of Maritime Attachment and

Garnishment as prayed for in the Verified Complaint; and it is further

          **ORDERED** that the Process of Attachment issued by the Clerk shall be against

all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts

owned by or owed to the Defendant SARL STAR FRUITS IMPORT-EXPORT, or

monies to be paid to discharge a debt owed to any of the Defendant, including monies

being electronically transferred by or to SARL STAR FRUITS IMPORT-EXPORT,

which are in the possession or control of, or being transferred through any garnishee

within this District, including, without limitation, property held by or in the possession or

control of the following garnishee(s):

1.  American Express Bank Ltd.
    c/o Zeichner Ellman & Krause, LLP
    Legal Counsel for Bank of America
    575 Lexington Avenue, 10th floor
    New York, New York 10022

2.  Bank of America, National Association
    c/o Zeichner Ellman & Krause, LLP
    Legal Counsel for Bank of America, N.A.
    575 Lexington Avenue, 10th floor
    New York, New York 10022

3.  Bank of New York
    120 Broadway, 19th Floor
    New York, New York

4.  BNP Paribas
    787 Seventh Avenue
    New York, New York 10019-6083

5.  Calyon
    1301 Avenue of the Americas
    New York, NY 10019-6022

6.  Citibank, N.A.
    Legal Service Intake Unit
    1 Court Square, 7th Floor
    Long Island City, NY 11120

7.  Deutsche Bank Trust Company Americas
    60 Wall Street
    New York, New York 10005

8.    HSBC Bank U.S.A., National Association
      452 Fifth Avenue
      New York, New York

9.    JPMorgan Chase Bank, National Association
      One Chase Manhattan Plaza
      New York, New York 10081

10.   Mashreq Bank psc
      50 Broadway
      New York, NY 10004-6516

11.   National Bank of Egypt
      40 East 52nd Street
      New York, New York 10022-5911

12.   National Bank of Pakistan
      100 Wall Street, 21st Floor
      New York, New York 10005-3701

13.   Societe Generale
      1221 Avenue of the Americas
      New York, New York 10020-1092

14.   Standard Chartered Bank
      One Madison Avenue
      New York, NY 10010

15.   UBS AG
      299 Park Avenue
      New York, New York, 10017

16.   Wachovia Bank, National Association
      11 Penn Plaza
      New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy

of the Process of Maritime Attachment and Garnishment herein may be served, in an

amount up to the amount sued for, *i.e.*, $1,000,000.00, it is further

3

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of

4

service of a copy of the Process of Maritime Attachment and Garnishment via facsimile

transmission or other verifiable electronic means, including e-mail, to each garnishee so

personally served, and it is further


**ORDERED** that supplemental process enforcing this Order may be issued by the

Clerk and served without further Order of the Court.


Dated:  New York, New York
        December 12, 2007

                                            SO ORDERED:

                                            _____
                                            U.S.D.J.