CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EASTWIND TRANSPORT LIMITED,                  :
                                             :
                                             :
                          Plaintiff,         :    **07-CV-11195**
                                             :
                  v.                         :    **NOTICE OF**
                                             :    **APPEARANCE**
SARL-STAR FRUITS IMPORT-EXPORT,              :
                                             :
                                             :
                                             :
                          Defendants.        :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       December 18, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

              By:   _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com